UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2009 OCT 28  A 10: 19

BY _____ CLERK

AMY WEIDIG SHOEMAKER

VERSUS

MICHAEL L. SHOEMAKER, ET AL.

CIVIL ACTION

NO. 09-440-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 15, 2009 (doc. no. 12).  The defendant filed an objection which has been carefully reviewed by the court.  The arguments made by defendant are immaterial and the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petitioner's application for removal is DISMISSED, and this matter is summarily REMANDED to the Family Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 27th day of October, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA